IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DENNIS K. LACOUX, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:06-0067 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Griffin |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Dennis K. Lacoux's Motion for Judgment on the Pleadings ("Plaintiff's Motion") (Doc. No. 11) and Memorandum in Support (Doc. No. 12), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 14). Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 15) recommending that Plaintiff's Motion be denied and the decision of the Commissioner affirmed. The Report was filed on February 4, 2010, and no objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this \_\_\_\_\_1st\_\_\_\_\_ day of March, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of Social Security pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.